UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JULIE M. CARTER,<br><br>    Defendant. | Case No. 14-cv-05663-JSC<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court has reviewed the parties' Joint Case Management Conference Statement. (Dkt. No. 21.) In light of the continuation of the settlement conference, the case management conference scheduled for September 24, 2015 is continued to December 10, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: September 21, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge