
MICHAEL COSENTINO, SBN 83253
ATTORNEY AT LAW
P.O. Box 129
Alameda, CA  94501
Telephone: (510) 523-4702
Fax: (510) 747-1640

Attorney for Plaintiff,
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JULIE CARTER aka JULIE M. CARTER<br>aka JULIE MELISSA CARTER,,<br><br>　　　　　Defendant.　　／ | NO. CV 14-05663 JSC<br><br>**CONSENT JUDGMENT** |

　　　The above entitled plaintiff having filed its complaint herein, and the above entitled defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

　　　1. This Court has jurisdiction over the subject matter of this litigation and over the parties to the Consent Judgment.  The Complaint herein states a claim upon which relief can be granted.  The defendant hereby acknowledges and accepts service of the complaint filed herein.

　　　2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  It is

understood that any appeal from a judgment entered by a magistrate judge will be taken directly to the Ninth Circuit of the United States Court of Appeals in the same manner as an appeal from any other judgment of a District Court.

3. Judgment shall be in favor of Plaintiff, United States of America, and against defendant, JULIE CARTER aka JULIE M. CARTER aka JULIE MELISSA CARTER, in the sum of $4,391.55 consisting of $1,524.26 in principal, $2,812.29 interest to December 2, 2015, CIF costs of $0.00, court costs of $55.00 and attorney's fees of $0.00, plus interest in the amount of $0.29 per day on principal from December 2, 2015, up to the date of entry of Judgment, less any sums tendered toward satisfaction of the obligation during said time period.

4. This consent judgment shall bear interest pursuant to the provisions of 28 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b) until paid in full.

5. Plaintiff will consider this judgment satisfied in exchange for Defendant paying a minimum of $250.00 monthly, subject to a 10 day grace period, commencing December 15, 2015, and continuing for 12 consecutive months, for a total payment of $3,000.00, each payment being due on the 15th day of each month, until the $3,000.00 is paid in full; there shall be no prepayment penalty.  In the event Defendant defaults on any minimum monthly payment, the full balance as described in paragraph 3, hereof, shall be all due and payable and all payments paid prior (and subsequent) to the default shall be credited to the account.

6. Payments shall be made payable to the US Department of Justice and bear defendant's name and CDCS #2008A58175 and either submitted on line through pay.gov or mailed to:

U. S. Department of Justice
Nationwide Central Intake Facility
P. O. Box 790363
St. Louis, MO 63179-0363

7. (a) Each said payment shall be applied first to the payment of interest accrued

to the date of receipt of said payment, and the balance, if any, to the principal;

    (b) The judgment debtor shall submit financial data to the plaintiff as specified by plaintiff on the anniversary date of this judgment for each year this judgment remains unpaid; and

    (c) Plaintiff reserves the right to evaluate the updated financial data and adjust the periodic payment rate accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances, subject to Court approval.

8. An Abstract of Judgment shall be recorded with the Recorder's Office of the County of residence of the judgment debtor; plaintiff may also record or file similar documents elsewhere. Upon the satisfaction of the judgment, plaintiff's counsel will send defendant a recordable ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT and a court filed ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT and a settled in full letter.

9. Default under the terms of this consent judgment will entitle the United States of America to execute on this judgment, subsequent to a 5 day telephonic notice to defendant's counsel of record.

10. The judgment debtor has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment.

11. In case of default, all costs incurred in recording, filing, executing, or levying on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

12. Upon a change in address of record for the defendant, defendant shall report the new address to the court and to counsel for plaintiff.

Dated: December 2, 2015                  /s/
                                                 MICHAEL COSENTINO
                                                 Counsel for plaintiff

I have read the foregoing; I understand and agree to the terms, and I

///

///

///

1 | sign this agreement as a free and voluntary act.

2 | Dated: 12/3/15

*[signature]*
JULIE CARTER aka JULIE M. CARTER
aka JULIE MELISSA CARTER,
Defendant and Judgment Debtor

Approved as to form and content:

Dated: 12/3/15

*[signature]*
Sharon Djemal
Counsel for defendant

APPROVED AND SO ORDERED THIS ___7th___ DAY OF December, 2015.

The Clerk of the Court is DIRECTED to close the file in the action.

*[signature: Jacqueline Scott Corley]*
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

Consent Judgment; CAND Case Number CV14-5663 JSC U.S. v. CARTER                Page 4